UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR, II,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | No.  2:14-cv-0070 CKD<br><br><br>ORDER |

By order filed January 8, 2014, this action was transferred to this court from the District of Oregon.  Plaintiff was previously granted leave to proceed in forma pauperis.  That order will be confirmed.

Plaintiff's counsel are not members of the Bar of the Eastern District of California.  The Clerk's Office has previously provided counsel with a pro hac vice application.  Counsel will be directed to submit the required application within fourteen days.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The order granting plaintiff's request to proceed in forma pauperis is confirmed.

2. Plaintiff's counsel shall submit a pro hac vice application within fourteen days.

3. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

4. Within fourteen days from the date of this order, plaintiff shall submit to the United States Marshal for the Eastern District of California a completed summons and copies of the complaint and to file a statement with the court that said documents have been submitted to the United States Marshal.

5. The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order.  Service of process shall be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C.  <u>See</u> Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of the General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA   94105-1545.  <u>See</u> Fed. R. Civ. P. 4(i)(2).

Dated:  January 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 taylor0070..ss.ifp