BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SB 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SCOTT J. BORROWMAN, CSBN 241021
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
        Telephone: (415) 977-8942
        Facsimile: (415) 744-0134
        E-Mail: scott.borrowman@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT F. TAYLOR II,<br><br>                Plaintiff,<br><br>        vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                Defendant. | Case No.: 2:14-cv-70-CKD<br><br>STIPULATION AND ORDER FOR<br>VOLUNTARY REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>AND TO ENTRY OF JUDGMENT |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel of record, STIPULATE that the above-entitled action shall be remanded to the

Commissioner of Social Security for further administrative proceedings pursuant to sentence

four of 42 U.S.C. Section 405(g).

        On remand, an Administrative Law Judge (ALJ) will be instructed to do the following:

(1) update the treatment evidence on the claimant's medical condition; (2) further evaluate

whether the claimant meets or equals Listing 12.05C; (3) expressly evaluate the examining

medical source opinions and explain the reasons for the weight given this opinion evidence; (4)

Stip. & Prop. Order for Voluntary Remand; 2:14-cv-70-CKD

1  further consider the claimant's residual functional capacity on the updated record, citing specific

2  evidence in support of the assessed limitations; (5) further consider whether the claimant has past

3  relevant work he could perform with the assessed limitations; (6) further evaluate the claimant's

4  ability and level to read and write; and (7) obtain supplemental evidence from a vocational

5  expert to clarify the effect of the assessed limitations on the claimant's occupational base.

6

7  Dated:  May 15, 2014

Respectfully submitted,
*/s/ James W. Moller*_____

8  (As authorized via email on May 15, 2014)
JAMES W. MOLLER

9  Attorney for Plaintiff

10

11  Dated:  May 15, 2014

BENJAMIN B. WAGNER
United States Attorney

12  DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

13  Social Security Administration

14

By:      */s/  Scott J. Borrowman*_____

15  SCOTT J. BORROWMAN
Special Assistant U.S. Attorney

16

17  Attorneys for Defendant

18

19

20  ORDER

21

22  APPROVED AND SO ORDERED:

23

24  Dated:  May 19, 2014

_____

25  CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

26

27

28

Stip. & Prop. Order for Voluntary Remand; 2:14-cv-70-CKD